# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCO CESAR ROMERO-LAGUNA,
      Appellant,
     vs.
BRIAN WILLIAMS, WARDEN,
      Respondent.

No. 74154

FILED

DEC 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a decision resolving a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court granted appellant the relief he requested in his petition. Thus, appellant is not aggrieved by the order. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]We take no action on appellant's motion to proceed in forma pauperis. The filing fee has been waived.

17-41495

cc:   Hon. Linda Marie Bell, District Judge
Marco Cesar Romero-Laguna
Attorney General/Carson City
Eighth District Court Clerk